UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JEFFREY SHERMAN,

Plaintiff,

v.

UNUM LIFE INSURANCE COMPANY
OF AMERICA,

Defendant.

CASE NO. 2:25-cv-01982-TL

ORDER ON STIPULATED MOTION

This matter is before the Court on the Parties' Stipulated Motion Regarding (1) Briefing Schedule and (2) Leave to File Administrative Record Under Seal. Dkt. No. 12. Having considered the stipulated motion, the Court GRANTS the motion and ORDERS as follows:

(1)     The Court FINDS good cause not to enter a scheduling order in this case beyond the dispositive-motion briefing schedule requested by the Parties.

(2)     The Parties SHALL file their dispositive motions in accordance with the following schedule:

•     Each Party's dispositive motion to be filed on February 20, 2026;

ORDER ON STIPULATED MOTION – 1

- Each Party's response to be filed on March 20, 2026; and

- Each Party's reply to be filed on March 27, 2026.

(3)    The administrative record in this action SHALL be filed and maintained under seal. Pursuant to Federal Rule of Civil Procedure 5.2(d), the record need not be redacted.

Dated this 9th day of February, 2026.

_____
Tana Lin
United States District Judge

ORDER ON STIPULATED MOTION – 2